THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Clarence
 Culbertson, Appellant.
 
 
 

Appeal From Greenville County
 Charles B. Simmons, Jr., Special Circuit
Court Judge

Unpublished Opinion No.  2011-UP-505 
 Submitted October 1, 2011  Filed November
15, 2011

AFFIRMED

 
 
 
 Deputy Chief Appellate Defender Wanda
 Carter, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Clarence Culbertson appeals the circuit court's order revoking his
 probation, arguing the circuit court erred by relying, in part, on irrelevant
 and unsubstantiated sex offender information.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authority:  State v. Hicks, 387 S.C. 378, 379, 692 S.E.2d
 919, 920 (2010) ("Where the ruling of the trial judge is based on more
 than one ground, an appellate court must affirm unless the appellant appeals
 all grounds upon which the ruling was based.").   
AFFIRMED.
FEW, C.J.,
 THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.